# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CHRIS KOON, ) | |
| ) | |
| Plaintiff, ) | No. 1:11-cv-02678-TLW |
| ) | |
| vs. ) | VOLUNTARY DISMISSAL |
| ) | |
| COLLECTCORP CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

CHRIS KOON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, COLLECTCORP CORPORATION (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Chauntel Bland_____
   Chauntel Bland
   463 Regency Park Drive
   Columbia SC 29210
   Phone: (803) 319-6262
   Fax: (866) 322-6815
   chauntel.bland@yahoo.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2011, I served the attached: **VOLUNTARY DISMISSAL** by mailing it to Defendant's counsel at the following address:

Michelle Lyon
Sessions, Fishman, Nathan & Israel, LLC
3850 N. Causeway Blvd.,
Suite 200
Metairie, LA 70002-7227
mlyon@sessions-law.biz

                                              /s/ Chauntel Bland
                                              Chauntel Bland